AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOUMAR, ROBERT G. | U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 7/31/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Room 420 United States Courthouse
600 Granby Street
Norfolk, VA 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | ▨▨▨▨, unimproved land in Chesapeake, VA |
| 2. | MEMBER | ▨▨▨, unimproved land in rural areas of Va. Beach, VA |
| 3. | MEMBER | ▨▨▨ a limited parntnership |
| 4. | STOCKHOLDER | ▨▨▨., a subchapter S corporation |
| 5. | STOCKHOLDER | ▨▨▨. (subchapter S corporation) |
| 6. | STOCKHOLDER | ▨▨ Subchapter S corporation (owns unimproved lots in Chesapeake, VA) |
| 7. | CO-MANAGER | ROBERT AND ▨▨▨ DOUMAR FOUNDATION (charitable foundation which holds stock in Chevron Corp., EOG Resources) |
| 8. | MEMBER | ▨▨▨ LLC |
| 9. | MEMBER | L. GRACE CONSRUCTION, LLC |
| 10. | MEMBER | LINDSEY CANAL, INC. |
| 11. | MEMBER | ▨▨▨ |
| 12. | MEMBER | MERITAGE FUND I, LLC |
| 13. | MEMBER | ▨▨▨ LLC |
| 14. | MEMBER | ▨▨▨ (spinoff from ▨▨▨ ▨▨▨, Pasquotank Co., NC |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2014 | DIRECTOR'S FEE - ▮▮▮▮▮▮▮▮. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/28-3/30/2014 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 2. | District-Wide Judges' Meeting | 10/7-10/9/2014 | Irvington, VA | Court Administration Meeting | Transportation, Lodging, Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | A | Dividend | K | T | | | | | |
| 2. ABBVIE INC. COM | C | Dividend | M | T | | | | | |
| 3. ALLEGION PLC | A | Dividend | K | T | Buy (add'l) | 01/02/14 | J | | |
| 4. ALON USA PARTNERS LP UNITS (Y) | | | | | | | | | |
| 5. AMERICAN CAPITAL AGENCY, (Merrill Lynch IRA) | A | Dividend | K | T | | | | | |
| 6. AMERITRADE | A | Interest | J | T | | | | | |
| 7. AMTRUST FINANCIAL SERVICES (X) | | None | | | Buy | 11/18/14 | K | | |
| 8. ANNALY CAPITAL MGMT. | A | Dividend | J | T | | | | | |
| 9. ANWORTH MORTGAGE ASSET (Y) | | | | | | | | | |
| 10. ARMANINO FOODS OF DISTINCTION (X) | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 11. AT&T | A | Dividend | K | T | | | | | |
| 12. AVATAR VENTURES | A | Dividend | | | Sold (part) | 11/05/14 | J | | Loss |
| 13. | | | | | Sold | 11/24/14 | J | | Loss |
| 14. BAIDU INC. | A | Dividend | M | T | | | | | |
| 15. BANK OF AMERICA | A | Dividend | M | T | | | | | |
| 16. BANK OF AMERICA PREFERRED (Y) | | | | | | | | | |
| 17. BARRICK GOLD CORP. (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BB&T CORP. | C | Dividend | N | T | | | | | |
| 19. BBVA BANCO FRANCES (Y) | | | | | | | | | |
| 20. BLACK ROCK LARGE CAP EQUITY | E | Dividend | O | T | | | | | |
| 21. BLACK ROCK NAT.BASIC EQUITY | A | Dividend | K | T | | | | | |
| 22. BLACK ROCK PACIFIC NAT, ETC. | A | Dividend | K | T | | | | | |
| 23. BOEING COMPANY | A | Dividend | K | T | Buy (add'l) | 01/02/14 | K | | |
| 24. | | | J | T | Buy (add'l) | 01/30/14 | J | | |
| 25. | | | J | T | Buy (add'l) | 12/12/14 | J | | |
| 26. BOFI HOLDING, INC. (X) | | None | | | Buy | 01/27/14 | J | | |
| 27. | | None | | | Buy (add'l) | 02/21/14 | J | | |
| 28. | | | | | Sold | 07/08/14 | K | Loss | |
| 29. CALUMET SPEC. | A | Distribution | L | T | | | | | |
| 30. CAMPOSTELLA SELF-STORAGE | A | Distribution | J | T | | | | | |
| 31. CAPITAL ONE FINANCIAL | A | Dividend | L | T | | | | | |
| 32. CELLCOM ISRAEL, LTD. | A | Dividend | J | T | | | | | |
| 33. CENTURY LINK | C | Dividend | L | T | | | | | |
| 34. ▓▓▓▓▓▓▓▓▓ LLC | E | Distribution | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CENTRAL SECURITIES CORP. (X) | B | Dividend | K | T | Buy | 07/15/14 | K | | Loss |
| 36. CHENIERE ENERGY, INC. | A | Dividend | L | T | | | | | |
| 37. CHESAPEAKE ENERGY | A | Dividend | K | T | Distributed (part) | 07/15/14 | J | A | Part Spinoff Seventy Seven |
| 38. CHIMERA INVESTMENT | B | Distribution | K | T | | | | | |
| 39. CHINA MOBILE | B | Dividend | L | T | | | | | |
| 40. CISCO SYSTEMS | B | Dividend | L | T | | | | | |
| 41. CITIGROUP COMMON STOCK | B | Dividend | M | T | | | | | |
| 42. CLIFFS NATURAL RESOURCES (Y) | | | | | | | | | |
| 43. CONOCO-PHILLIPS | C | Dividend | L | T | | | | | |
| 44. CORNERSTONE PROGRESSIVE | B | Dividend | | | Sold | 11/24/14 | J | | Loss |
| 45. CORNING | A | Dividend | J | T | | | | | |
| 46. COSTCO WHOLESALE CORP. (X) | A | Dividend | K | T | Buy | 04/29/14 | K | | |
| 47. CSX CORP. | B | Dividend | M | T | | | | | |
| 48. CVR REFINING LP COM UNIT (Y) | | | | | | | | | |
| 49. DELUXE CORP. | A | Dividend | J | T | | | | | |
| 50. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 51. DIEBOLD | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▮▮▮ LLC | F | Distribution | N | W | | | | | |
| 53. ▮▮▮ LLC | | None | L | W | | | | | |
| 54. ▮▮▮ INC. | E | Dividend | M | W | | | | | |
| 55. DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 56. DUPONT | C | Dividend | M | T | | | | | |
| 57. EATON VANCE FLOATING CLASS C (Mutual Fund Signature Adv.) | A | Dividend | K | T | | | | | |
| 58. ECOLAB | A | Dividend | K | T | | | | | |
| 59. ▮▮▮ | | None | M | W | | | | | |
| 60. EMERSON ELECTRIC | B | Dividend | K | T | Buy | 03/21/14 | J | | |
| 61. ENTERPRISE PRODUCTS | C | Distribution | K | T | Buy | 08/22/14 | J | | 2 for 1 Split |
| 62. ENVEST, II | E | Distribution | L | W | | | | | |
| 63. EOG RESOURCES, INC. | A | Dividend | M | T | | | | | |
| 64. EXELIS, INC. (Y) | | | | | | | | | |
| 65. XYLEM, INC. (Y) | | | | | | | | | |
| 66. EXELON CORP. | B | Dividend | K | T | Buy | 02/21/14 | J | | |
| 67. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 68. EWZ-I SHARES BRAZIL | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FAIRFIELD ASSOCIATES | A | Distribution | K | T | | | | | |
| 70. FARM, ▓▓▓▓ | C | Rent | N | W | | | | | |
| 71. | | | | | Distributed (part) | 03/06/14 | L | F | Timber Sale |
| 72. FIRST ABERDEEN AUSTRALIA FUND | A | Dividend | | | Sold | 12/05/14 | J | | Loss |
| 73. GABELLI TRUST | A | Dividend | J | T | | | | | |
| 74. GARRISON CAP. INC. | A | Dividend | J | T | Buy | 02/18/14 | K | | |
| 75. GOLDMAN SACHS | B | Dividend | L | T | | | | | |
| 76. GOOGLE | A | Dividend | K | T | Buy | 04/03/14 | J | | |
| 77. GREAT NORTHERN IRON ORE, Northeastern MN (Y) | | | | | | | | | |
| 78. GREATER CHINA FUND | A | Dividend | | | Sold | 11/18/14 | L | | Loss |
| 79. GRUPO TELEVISA | A | Dividend | L | T | | | | | |
| 80. HAWAIIAN HOLDINGS, INC. | A | Dividend | J | T | | | | | |
| 81. HERBAL LIFE | A | Dividend | | | Sold | 09/02/14 | J | A | |
| 82. HEWLETT PACKARD | A | Dividend | J | T | | | | | |
| 83. HOLLYFRONTIER CORP. COM. | A | Dividend | | | Buy | 04/30/14 | J | | Loss |
| 84. | | | | | Buy (add'l) | 07/08/14 | K | | |
| 85. | | | | | Sold | 12/26/14 | K | | Loss |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HOST HOTELS & RESORTS | B | Dividend | J | T | | | | | |
| 87. IEC ELECTRICS CORP. (Y) | | | | | | | | | |
| 88. INCREDIMAIL (Now Perion Network) (Y) | | | | | | | | | |
| 89. ▬▬▬▬▬▬▬ | C | Distribution | L | W | | | | | |
| 90. INGERSOLL RAND | A | Dividend | L | T | | | | | |
| 91. INTEL CORP. | A | Dividend | K | T | | | | | |
| 92. INVESCO ? (Check on Mergers) | A | Dividend | J | T | | | | | |
| 93. INVESCO. MORTG. CAPITAL | A | Dividend | J | T | | | | | |
| 94. ▬▬▬▬▬ | | None | M | W | | | | | |
| 95. KINDER MORGAN ENERGY PRTNR | A | Dividend | | | Merged (with line 96) | 11/28/14 | K | | Merged Kinder Morgan, Inc. |
| 96. KINDER MORGAN, INC. | A | Dividend | J | T | Buy | 01/03/14 | J | | |
| 97. | A | Dividend | J | T | Buy (add'l) | 07/15/14 | J | | |
| 98. | A | Dividend | K | T | Open | 11/28/14 | J | | Loss |
| 99. | A | Dividend | K | T | Open | 11/28/14 | J | | Loss |
| 100. KKR FINANCIAL | A | Distribution | | | Sold (part) | 05/01/14 | J | | |
| 101. LADENBURG THALMAN PFD | C | Dividend | K | T | Buy | 06/05/14 | J | | |
| 102. LAKEWOOD PLAZA | E | Distribution | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LIHUA INTERNATIONAL INC. | A | Dividend | | | Sold | 09/02/14 | J | | Loss |
| 104. LUK OIL | A | Dividend | | | Sold | 07/14/14 | J | A | |
| 105. MAIN STREET CAPITAL | C | Dividend | K | T | | | | | |
| 106. MASTERCARD INC. (X) | | None | K | T | Buy | 11/18/14 | J | | |
| 107. McMINN PLAZA (Y) | | | | | | | | | |
| 108. MEDEGENICS INC. (X) | | None | | | Buy | 11/18/14 | J | | |
| 109. MERCK | A | Dividend | J | T | Buy | 10/27/14 | J | | Loss |
| 110. MICROSOFT | A | Dividend | J | T | | | | | |
| 111. MIND CTI LTD. | A | Dividend | J | T | | | | | |
| 112. MFS TOTAL RETURN FUND | B | Dividend | M | T | | | | | |
| 113. MORGAN STANLEY | A | Dividend | K | T | | | | | |
| 114. MOTOROLA SOLUTIONS | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 115. NAVIOS MARITIME PTNRS | B | Dividend | | | Sold | 11/24/14 | K | | Loss |
| 116. NISKA PTRNERS | A | Dividend | | | Sold | 10/31/14 | J | | Loss |
| 117. NORFOLK SOUTHERN | B | Dividend | M | T | | | | | |
| 118. NVIDIA CORP. | A | Dividend | K | T | | | | | |
| 119. OASIS PETROLEUM | A | Dividend | | | Sold | 12/05/14 | J | | Loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  OISA (Y) | | | | | | | | | |
| 121.  OISA B | A | Dividend | J | T | | | | | |
| 122.  ONEOK PARTNERS | D | Distribution | K | T | | | | | |
| 123.  PAPA MURPHYS HOLDINGS INC. (X) | | None | J | T | Buy | 11/18/14 | J | | |
| 124.  PATRICK INDUSTRIES | A | Dividend | J | T | | | | | |
| 125.  PBF ENERGY INC. CL A (X) | | None | J | T | Buy | 12/22/14 | J | | |
| 126.  PERION NETWORK (formerly Incredimail) | | None | | | Sold | 01/06/14 | J | D | |
| 127.  PETRO LE BARASILIEROSA (Y) | | | | | | | | | |
| 128.  PHILLIPS 66 | B | Dividend | J | T | Buy | 06/12/14 | J | | |
| 129. | | | J | T | Buy (add'l) | 08/19/14 | K | | |
| 130.  PINELAND STATION | | None | K | W | | | | | |
| 131.  PITNEY BOWES, INC. | A | Dividend | J | T | Buy | 07/15/14 | J | | Loss |
| 132.  PLAINS ALL AMERICAN PIPELINE | C | Distribution | L | T | | | | | |
| 133.  PLYGEM HLDGS INC. | A | Dividend | J | T | | | | | |
| 134.  ▓▓▓▓▓▓ INC. | | None | M | W | | | | | |
| 135.  ▓▓▓▓▓▓ | | None | N | W | | | | | |
| 136.  PROSHARES TRUST II (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PVR PARTNERS | A | Dividend | | | Closed | 03/24/14 | K | A | Merged Regency Energy Par. |
| 138. RAPPAHANNOCK VA. REG. JAIL AUTH. | A | Dividend | J | T | | | | | |
| 139. RAYONIER | B | Dividend | K | T | | | | | |
| 140. REAVES UTILITY INCOME FUND SBI (X) | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 141. REGENCY ENERGY PARTNERS, LP (X) | A | Dividend | | | Merged (with line 137) | 03/24/14 | K | A | PVR Reverse Split |
| 142. ▓▓▓▓▓▓▓▓▓▓ Pasquotank Co., NC | A | Rent | M | W | | | | | |
| 143. RESERVE PETROLEUM | A | Dividend | J | T | | | | | |
| 144. ROCHE HOLDINGS CORP. | A | Dividend | J | T | | | | | |
| 145. ROYAL DUTCH PETROLEUM | C | Dividend | L | T | Buy | 01/02/14 | J | | Loss |
| 146. SANDRIDGE MISSISSIPPIAN TR. (X) | A | Distribution | | | Sold | 12/22/14 | J | | |
| 147. SANOFI | A | Dividend | K | T | | | | | |
| 148. SARATOGA INVESTMENT CORP. | A | Dividend | J | T | | | | | |
| 149. SASOL LTD. | A | Dividend | J | T | | | | | |
| 150. SEAGATE TECHNOLOGY ORD. (X) | A | Dividend | J | T | Buy | 11/25/14 | J | | |
| 151. SEVENTY SEVEN ENERGY INC. (X) | A | Dividend | J | T | Spinoff (from line 37) | 07/15/14 | J | | Chesapeake Energy |
| 152. ▓▓▓▓▓▓▓▓ (Y) | | | | | | | | | |
| 153. STARWOOD HOTELS | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SUBURBAN PROPANE PARTNERS | C | Distribution | K | T | | | | | |
| 155. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 156. SUNTRUST | A | Dividend | M | T | | | | | |
| 157. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 158. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | | | | | |
| 159. TANDY LEATHER FACTORY | A | Dividend | J | T | | | | | |
| 160. TOWNEBANK | E | Dividend | M | T | | | | | |
| 161. TOWNEBANK CONVERTIBLE 8% preferred stock (Y) | | | | | | | | | |
| 162. TRANSPORTADORA | A | Dividend | J | T | | | | | |
| 163. TRANS OCEAN | A | Dividend | | | Buy (add'l) | 01/02/14 | J | | Loss |
| 164. UBS FINANCIAL - Money Market | A | Interest | J | T | | | | | |
| 165. WEDMORE PLACE | | None | J | W | | | | | |
| 166. WELLS FARGO | B | Dividend | L | T | | | | | |
| 167. WESTERN ASSET MGMT. CORP. | B | Dividend | | | Sold | 12/26/14 | J | | Loss |
| 168. WHEELER REAL ESTATE INVESTMENT TRUST, INC. | D | Distribution | J | T | | | | | |
| 169. WHITING U.S. TRUST I (Y) | | | | | | | | | |
| 170. WINDSTREAM CORP. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. WINDSTREAM HLDGS INC., formerly Windstream Corp. | A | Dividend | J | T | | | | | |
| 172. ▨ | A | Distribution | N | W | | | | | |
| 173. ▨ ASSETS LISTED BELOW ARE TO BE REDACTED FROM | | | | | | | | | |
| 174. REPORT OF THE UNDERSIGNED MADE PUBLIC BY THE COMMITTEE DUE | | | | | | | | | |
| 175. TO HER CLAIMED CONSTITUTIONAL RIGHT OF PRIVACY: | | | | | | | | | |
| 176. Air Products Chem. (Y) | | | | | | | | | |
| 177. Alexandria, Va. Const. Pub. | A | Interest | J | T | | | | | |
| 178. Altria Group | A | Dividend | J | T | | | | | |
| 179. Amazon (Y) | | | | | | | | | |
| 180. American Tower REIT, Inc. (X) | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 181. American Waterworks Co. | A | Dividend | J | T | | | | | |
| 182. Anadarko Pete Corp. | A | Dividend | J | T | | | | | |
| 183. Apache (Y) | | | | | | | | | |
| 184. Apple Inc. | A | Dividend | J | T | | | | | |
| 185. AT&T | A | Dividend | | | Sold (part) | 06/20/14 | J | | Loss |
| 186. | A | Dividend | | | Sold | 6/20/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 188. BB&T | B | Dividend | L | T | | | | | |
| 189. BB&T - checking/money market | A | Interest | K | T | | | | | |
| 190. Baidu (Y) | | | | | | | | | |
| 191. Baxter Intern. | A | Dividend | K | T | | | | | |
| 192. Black Rock Va. Muni. Tr. | A | Dividend | J | T | | | | | |
| 193. Boeing | A | Dividend | J | T | | | | | |
| 194. CBS Corp. (Y) | | | | | | | | | |
| 195. CDK Global (X) | A | Dividend | J | T | Spinoff (from line 187) | 10/10/14 | J | | |
| 196. Celegene Corp. (Y) | | | | | | | | | |
| 197. CenturyLink Inc. | B | Dividend | J | T | | | | | |
| 198. Chevron (Y) | | | | | | | | | |
| 199. China Growth Fund | A | Distribution | J | T | | | | | |
| 200. CMA Tax Exempt Bonds | B | Interest | K | T | | | | | |
| 201. Cnooc, Ltd. (Y) | | | | | | | | | |
| 202. Coca-Cola | A | Dividend | J | T | | | | | |
| 203. Comcast | A | Dividend | J | T | | | | | Sold partial 05/13/2013 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. Com. Bankers Trust, formerly Essex Bank (Y) | | | | | | | | | |
| 205. Costco Wholesale | A | Dividend | J | T | | | | | |
| 206. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 207. Morgan-Stanley Dean Witter Trust Premium Income Trust | C | Dividend | J | T | | | | | |
| 208. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | M | T | | | | | |
| 209. Dentsply Int. (Y) | | | | | | | | | |
| 210. Diageo PLC | A | Dividend | J | T | | | | | |
| 211. Dominion Resources, Inc. (X) | A | Dividend | J | T | Buy | 08/01/14 | J | | |
| 212. Eaton Vance Grtr Ch.Gwth | A | Dividend | J | T | | | | | |
| 213. Eli Lilly (Y) | | | | | | | | | |
| 214. Emerson Electric | A | Dividend | J | T | | | | | |
| 215. Endo Pharma. Holdings (Y) | | | | | | | | | |
| 216. Exxon Mobil | A | Dividend | J | T | | | | | |
| 217. Fairmont Comm., now Fairpoint Comm. (Y) | | | | | | | | | |
| 218. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 219. General Mills | A | Dividend | | | Sold | 08/26/14 | K | D | |
| 220. Goldman Sachs (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. Guardian Life Insurance Co. | A | Interest | J | T | | | | | |
| 222. Hess Corp. (X) | A | Dividend | J | T | Buy | 08/01/14 | J | | |
| 223. Home Depot | A | Dividend | K | T | | | | | |
| 224. IBM | A | Dividend | J | T | Sold (part) | 08/26/14 | J | | |
| 225. Illinois Tool Works, Inc. (Y) | | | | | | | | | |
| 226. Intel Corp. | A | Dividend | J | T | | | | | |
| 227. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 228. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 229. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 230. Invesco Municipal Opp. Trust | C | Dividend | J | T | | | | | |
| 231. Johnson & Johnson (Y) | | | | | | | | | |
| 232. Kellogg | A | Dividend | J | T | Sold (part) | 08/26/14 | J | C | |
| 233. Kraft Foods Group, Inc. | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 234. Life Ptnrs Holding (Y) | | | | | | | | | |
| 235. Marathon Oil Corp. | A | Dividend | | | Sold | 06/20/14 | J | C | |
| 236. McDonalds | A | Dividend | J | T | | | | | |
| 237. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 239. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 240. Merck and Co. Inc. Shs. | B | Dividend | K | T | | | | | |
| 241. Microsoft (Y) | | | | | | | | | |
| 242. Monsanto Co. New Del Com | A | Dividend | J | T | | | | | |
| 243. Mosaic Co. (Y) | | | | | | | | | |
| 244. Nabors Industries, Ltd. (X) | A | Dividend | | | Buy | 08/26/14 | J | | |
| 245. | | | | | Sold | 12/03/14 | J | | Loss |
| 246. Norfolk Southern | A | Dividend | K | T | | | | | |
| 247. Northeast Utilities Com. | A | Dividend | | | Sold | 06/20/14 | J | B | |
| 248. Nuvasive, Inc. (Y) | | | | | | | | | |
| 249. Oracle | A | Dividend | J | T | | | | | |
| 250. Patterson | A | Dividend | J | T | | | | | |
| 251. Pfizer | A | Dividend | J | T | | | | | |
| 252. Phillip Morris | A | Dividend | J | T | | | | | |
| 253. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 254. Schlumberger | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. Strataysys Ltd. (X) | A | Dividend | | | Buy | 08/26/14 | J | | |
| 256. | | | | | Sold | 12/03/14 | J | | Loss |
| 257. Stercycle (Y) | | | | | | | | | |
| 258. Tesco (Y) | | | | | | | | | |
| 259. 3M Company (X) | A | Dividend | J | T | | | | | |
| 260. TowneBank Checking & Savings | A | Interest | J | T | | | | | |
| 261. United Techs Corp. | A | Dividend | J | T | | | | | Correct part sale 06/24/13 |
| 262. UST Inc. (Y) | | | | | | | | | |
| 263. VA State PBA Pub. | B | Interest | K | T | | | | | |
| 264. VA CLG Bldg. Va. | B | Interest | K | T | | | | | |
| 265. VA State Res. Auth. | B | Interest | K | T | | | | | Correct part sale 07/18/13 |
| 266. VF Corp. (Y) | | | | | | | | | |
| 267. Verizon Comm. | A | Dividend | K | T | | | | | |
| 268. Vodafone | A | Dividend | J | T | Buy (add'l) | 06/20/14 | J | | |
| 269. | | | | | Sold (part) | 08/26/14 | J | A | |
| 270. Walgreen Co. (Y) | | | | | | | | | |
| 271. Westar Energy Inc. (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. Whole Foods | A | Dividend | J | T | | | | | |
| 273. Xcel Energy | A | Distribution | J | T | | | | | |
| 274. Yandex | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

1. ▮▮▮▮▮▮ - limited partnership that holds interests in Campostella Self Storage, Westbrook Farm, Cartersville Crossing, OBX Resort, ▮▮▮▮▮▮ Indian Lakes Self Storage, Elmhurst Square Associates, Long Reach Associates, Northeast Plaza Associates, Wheeler Real Estate Investment Trust, Inc., all of which own real estate.

2. ▮▮▮▮▮▮ owns parcels of land in Chesapeake, VA.

3. Lakewood Plaza Associates - limited liability company that owns apartment building in Norfolk, VA.

4. ▮▮▮▮▮▮ - unimproved land in Va. Beach, VA.

5. ▮▮▮▮▮▮ - owns real estate, mostly hotels, in various states.

6. ▮▮▮▮▮▮ - is a spinoff from ▮▮▮▮▮▮ .

7. ▮▮▮▮▮▮ is owed money from ▮▮▮▮ which now owns tract of land located on border of Chesapeake and Va. Beach, VA, received from ▮▮▮▮▮▮ ▮▮▮▮ .

8. Line 5. American Capital Agency is held in IRA account with Merrill Lynch.

9. Line 90. Ingersoll-Rand PLC did not close. There was a spinoff with Allegion PLC on 12/02/2013.

10. Line 179. Amazon sold on or about 12/22/2010 and was inadvertently omitted from prior reports.

11. Line 190. Baidu sold on or about 12/22/2010 and was inadvertently omitted from prior reports.

12. Line 194. CBS Corp. sold on or about 12/11/2008 and was inadvertently omitted from prior reports.

13. Line 196. Celgene Corp. sold on or about 12/22/2010 and was inadvertently omitted from prior reports.

14. Line 201. Cnooc, Ltd. sold on or about 11/18/2011 and was inadvertently omitted from prior reports.

15. Line 203. Comcast was a partial sale on 05/13/2013 and was erroneously listed as a final sale on the 2013 report

16. Line 204. Com. Bankers Trust, formerly Essex Bank sold on or about 12/22/2010 and was inadvertently omitted from prior reports.

17. Line 209. Dentsply Int. sold on or about 12/22/2010 and was inadvertently omitted from prior reports.

18. Line 215. Endo Pharma. Holdings sold on or about 01/10/2011 and was inadvertently omitted from prior reports.

19. Line 217. Fairmont Comm., now Fairport Comm. sold on or about 12/22/2010 and was inadvertently omitted from prior reports.

20. Line 220. Goldman Sachs sold on or about 08/08/2011 and was inadvertently omitted from prior reports.

21. Line 225. Illinois Tool Works, Inc. sold on or about 01/09/2013 and was inadvertently omitted from prior reports.

22. Line 231. Johnson & Johnson sold on or about 12/22/2010 and was inadvertently omitted from prior reports.

23. Line 234. Life Ptnrs Holding sold on or about 12/22/2010 and was inadvertently omitted from prior reports.

24. Line 243. Mosaic Co. sold on or about 11/18/2011 and was inadvertently omitted from prior reports.

25. Line 248. Nuvasive, Inc. sold on or about 03/01/2011 and was inadvertently omitted from prior reports.

26. Line 257. Stercycle sold on or about 11/18/2011 and was inadvertently omitted from prior reports.

27. Line 258. Tesco sold on or about 11/18/2011 and was inadvertently omitted from prior reports.

28. Line 261. United Techs Corp. was a partial sale on 06/24/2013 and was erroneously listed as a final sale on the 2013 report.

29. Line 262. UST Inc. sold on or about 12/01/2009 and was inadvertently omitted from prior reports.

30. Line 265. VA State Res. Auth. was a partial sale on 07/18/2013 and was erroneously listed as a final sale on the 2013 report.

31. Line 266. VF Corp. sold on or about 01/07/2011 and was inadvertently omitted from prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/31/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

32.  Line 270.  Walgreen Co. sold on or about 11/18/2011 and was inadvertently omitted from prior reports.

33.  Insofar as my wife's listings are concerned, she is a woman of independent means and the listings contained herein with regard to her are those to which I may have personal knowledge from income tax returns and prior reports to you.  I am not privy to any other information concerning her holdings and finances as she deals independently with regard to them and is an independent individual who will not waive her constitutional or statutory rights.  My wife's holdings were not derived from or through me and are being reported since they may be known to me due to joint income tax returns and are released only because of the regulations placed upon me.  I do not derive any benefit from her securities in any way.  She claims her right to confidentiality by virtue of 26 U.S.C. Section 6103, among other protections.  She emphatically believes her holdings reported on this form should not be divulged for any public viewing.  She feels that her constitutional rights have been and will be violated and that she has not been afforded a hearing with regard to your requirement that her personal and private holdings be reported.  She states she has not been afforded due process.  Any information you feel is lacking or is in need of explanation should be directed to her as I have disclosed that which I may have learned from past tax information and some of which may be overreported out of an abundance of caution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544